ATHINA GEORGIOU, as Administratrix of the Estate of COSTAS GEORGIOU, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 43670.) — AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.